UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY LANGSTON, | |
| Plaintiff, | Case No. 3:08-cv-00484-LRH-VPC |
| vs. | **ORDER** |
| MICHAEL BRADLEY, *et al.*, | |
| Defendants. | |

On September 15, 2008, the Court entered an Order (#3) directing Plaintiff to submit a complete Application to Proceed *in Forma Pauperis* accompanied by a signed financial certificate and statement of his inmate trust account or pay the filing fee of three hundred fifty dollars ($350.00) within thirty (30) days of the date of entry of the Order. The Court further advised Plaintiff that failure to comply with the Court's Order would result in dismissal of his action.

Plaintiff has not submitted the required documents or paid the filing fee and has failed to comply with the Court's Order. Therefore, with good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's cause of action is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

DATED this 10th day of November, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE